IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| ROY L. ELLIS, | ) | |
|---|---|---|
| Petitioner, | ) | 8:16CV549 |
| v. | ) | |
| BRAD HANSEN, Warden, | ) | ORDER |
| Respondent. | ) | |

IT IS ORDERED that the respondent's motion for enlargement (filing no. 11) is granted. The respondent shall file his motion for summary judgment or state court records on or before May 25, 2017. The petitioner shall file his responsive brief on or before June 26, 2017. And the respondent shall file his reply brief on or before July 26, 2017.

DATED this 1st day of May, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge