IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| ROY L. ELLIS, | ) | |
|---|---|---|
| Petitioner, | ) | 8:16CV549 |
| v. | ) | |
| BRAD HANSEN, Warden, | ) | ORDER |
| Respondent. | ) | |

IT IS ORDERED that the defendant's "answer and objection to respondent for enlargement of time and request for default judgment" (filing no. 13) is denied.

DATED this 5th day of May, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge