# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| ROY L. ELLIS, | ) | |
| --- | --- | --- |
| Petitioner, | ) | 8:16CV549 |
| v. | ) | |
| BRAD HANSEN, Warden, | ) | ORDER |
| Respondent. | ) | |

IT IS ORDERED that:

(1) Petitioner's motion for enlargement of time (filing no. 21) is granted.

(2) Petitioner shall have until the close of business on July 26, 2017, to file his responsive brief.

(3) Respondent shall have until the close of business on August 28, 2017, to file his reply brief.

(4) The Clerk shall mail a copy of this order to Petitioner.

DATED this 22nd day of June, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge