# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| ROY L. ELLIS, | ) | |
| --- | --- | --- |
| Petitioner, | ) | 8:16CV549 |
| v. | ) | |
| BRAD HANSEN, Warden, | ) | ORDER |
| Respondent. | ) | |

IT IS ORDERED that Petitioner's Motion for Reconsideration (filing no. 27) is denied.

DATED this 18th day of September, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge